FRANCIS V. NATALE v. NEW JERSEY STATE BOARD OF
MEDICAL EXAMINERS.

April 28, 1987.

Petition for certification denied.

MARILYN S. WRABLE, R.N., M.S., C.S. v.
COMMUNITY MEMORIAL HOSPITAL.

April 28, 1987.

Petition for certification denied.   (See 213 *N.J.Super.* 347)

THE NEW JERSEY STATE NURSES ASSOCIATION, ET AL. v.
COMMUNITY MEMORIAL HOSPITAL.

April 28, 1987.

Petition for certification denied.   (See 213 *N.J.Super.* 347)

JULIANA S. FLETCHER v. ANTHONY L. FLETCHER.

April 28, 1987.

Petition for certification denied.